

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 09CR2963-BEN |
|---|---|
| Plaintiff, | |
| v. | ORDER TO DISMISS INDICTMENT AND JUDGMENT OF DISMISSAL |
| MARIA DEL ROCIO PADILLA-SANDEZ, | |
| Defendant. | |

Upon motion of the UNITED STATES OF AMERICA and good cause appearing thereof,

**IT IS HEREBY ORDERED** that the Indictment in the above-entitled case is dismissed without prejudice.

DATED: December 20, 2018.

HONRABLE ROGER T. BENITEZ
UNITED STATES DISTRICT COURT JUDGE